IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR 05-0657 MMC (JC) |
| vs. ) | ORDER EXCLUDING TIME |
| CARMINA DANICA SANTOS, ) | |
| Defendant. ) | |

    This matter came on for the initial appearance and arraignment of the defendant on January 10, 2006. Defense counsel was appointed, pursuant to the Criminal Justice Act, Title 18 U.S.C. § 3006A. The case was scheduled for trial setting on January 18, 2006. Defense counsel requested that the time between January 10 and January 18, 2006 be excluded in computing time under the Speedy Trial Act, Title 18 U.S.C. § 3161. He observed that no discovery materials had yet been provided and that the case had just commenced.

    The Court finds as follows:

    The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

ORDER EXCLUDING TIME
*United States v. Carmina Danica Santos*
CR 05-0657 MMC (JC)       - 1 -

Accordingly, pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from January 10, 2006 until January 18, 2006 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

DATED: January 10, 2006

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

ORDER EXCLUDING TIME
*United States v. Carmina Danica Santos*
CR 05-0657 MMC (JC)                - 2 -