1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 188349)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-6917
7    Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,        )      No. CR 05-657 MMC
13                                   )
            Plaintiff,               )
14                                   )
       v.                            )      STIPULATION AND [PROPOSED]
15                                   )      ORDER EXCLUDING TIME FROM
   CARMINA DANICA SANTOS,            )      JANUARY 18, 2006 TO FEBRUARY 1,
16                                   )      2006 FROM THE SPEEDY TRIAL ACT
            Defendant.               )      CALCULATION (18 U.S.C.
17  _____ )      § 3161(h)(8)(A))

18

19

20        The parties appeared before the Court on January 18, 2006.  With the agreement of the

21  parties, and with the consent of the defendant, the Court enters this order scheduling a status

22  hearing on February 1, 2006, at 2:30 p.m., and documenting the exclusion of time under the

23  Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from January 18, 2006 to February 1, 2006.  The

24  parties agreed, and the Court found and held, as follows:

25        1.  The parties agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant

26  the requested continuance would unreasonably deny defense counsel reasonable time necessary

27  for effective preparation, taking into account counsel's need to review recently-produced

28  deportation hearing tapes and certain difficulties meeting with his client, and would deny the

STIPULATION AND ORDER
CR 05-00657 MMC                    1

1    defendant continuity of counsel.

2         2.  Given these circumstances, the Court found that the ends of justice served by

3    excluding the period from January 18, 2006 to February 1, 2006, outweigh the best interest of the

4    public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

5         3.  Accordingly, and with the consent of the defendant, the Court ordered that the period

6    from January 18, 2006 to February 1, 2006, be excluded from Speedy Trial Act calculations

7    under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

8         5.  The parties will appear at a status hearing on February 1, 2006, 2005, at 2:30 p.m.

9         IT IS SO STIPULATED.

10

11   DATED: _____1/22/06_____          _____/s/_____
                                                TRACIE L. BROWN
12                                              Assistant United States Attorney

13

14   DATED: _____1/23/06_____      _____/s/_____
                                                RONALD TYLER
15                                              Attorney for Carmina Danica Santos

16        IT IS SO ORDERED.

17

18   DATED: January 24, 2006                    _____
                                                THE HON. MAXINE M. CHESNEY
19                                              United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
CR 05-00657 MMC                   2