| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | TRACIE L. BROWN (CSBN 188349)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6917 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-657 MMC |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM |
| CARMINA DANICA SANTOS, | ) | FEBRUARY 1, 2006 TO APRIL 5, 2006<br>FROM THE SPEEDY TRIAL ACT |
| Defendant. | ) | CALCULATION (18 U.S.C.<br>§ 3161(h)(8)(A)) |

The parties appeared before the Court on February 1, 2006 and March 1, 2006. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on April 5, 2006, at 2:30 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from February 1, 2006 to April 5, 2006. The parties agreed, and the Court found and held, as follows:

1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account Defendant's counsel's three-week vacation, Defendant's counsel's need to review discovery, and the government's need to collect additional

STIPULATION AND ORDER
CR 05-00657 MMC                                                    1

1 | discovery.  Failure to grant the requested continuance would also deny the defendant continuity
2 | of counsel.
3 |     2. Given these circumstances, the Court found that the ends of justice served by
4 | excluding the period from February 1, 2006 to April 5, 2006, outweigh the best interest of the
5 | public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).
6 |     3. Accordingly, and with the consent of the defendant, the Court ordered that the period
7 | from February 1, 2006 to April 5, 2006, be excluded from Speedy Trial Act calculations under 18
8 | U.S.C. § 3161(h)(8)(A) & (B)(iv).
9 |     5. The parties will appear at a status hearing on April 5, 2006, 2005, at 2:30 p.m.
10 |    IT IS SO STIPULATED.

12 | DATED: _____    _____/s/_____
13 |                                     TRACIE L. BROWN
     |                                     Assistant United States Attorney

15 | DATED: _____    _____/s/_____
16 |                                     RONALD TYLER
     |                                     Attorney for Carmina Danica Santos

17 |    IT IS SO ORDERED.

19 | DATED:\_ April 6, 2006 _____    _____
20 |                                     THE HON. MAXINE M. CHESNEY
     |                                     United States District Judge

STIPULATION AND ORDER
CR 05-00657 MMC                    2