KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6917
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARMINA DANICA SANTOS, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 05-657 MMC <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM APRIL 5, 2006 TO APRIL 26, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

       The parties appeared before the Court on April 5, 2006. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a trial setting or change of plea hearing on April 26, 2006, at 2:30 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from April 5, 2006 to April 21, 2006. The parties agreed, and the Court found and held, as follows:

       1. The parties agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the need to produce and review the final discovery. Failure to grant the requested continuance would also deny the defendant continuity of counsel.

STIPULATION AND ORDER
CR 05-00657 MMC                               1

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from April 5, 2006 to April 21, 2006, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from April 5, 2006 to April 21, 2006, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

5. The parties will appear at a trial setting or change of plea hearing on April 26, 2006 at 2:30 p.m.

IT IS SO STIPULATED.

DATED: _____        _____/s/_____
                                      TRACIE L. BROWN
                                      Assistant United States Attorney

DATED: _____        _____/s/_____
                                      RONALD TYLER
                                      Attorney for Carmina Danica Santos

IT IS SO ORDERED.

DATED: April 11, 2006                 _____
                                      THE HON. MAXINE M. CHESNEY
                                      United States District Judge

STIPULATION AND ORDER
CR 05-00657 MMC                       2