```
KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6917
    Facsimile: (415) 436-7234

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>CARMINA DANICA SANTOS,<br><br>     Defendant. | No. CR 05-657 MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME FROM APRIL 26, 2006 TO MAY 10, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    The parties appeared before the Court on April 5, 2006. At that time, the Court scheduled a trial setting or change of plea hearing for April 26, 2006, at 2:30 p.m., and excluded time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from April 5, 2006 to April 26, 2006.

    The parties have agreed as follows:

    1. Although the parties have reached a plea agreement in principle, the plea agreement has not yet been finalized, and is not likely to be finalized in time for the hearing on April 26, 2006. In addition, as alluded to at the April 5, 2006 appearance, there remains some electronic discovery (audio files of the Defendant) that the government has not yet been able to produce in a readable format, and the Defendant wishes to review those files before giving final approval to

STIPULATION AND ORDER
CR 05-00657 MMC                             1

1 | the plea agreement.  The parties thus stipulate to vacate and continue the April 26, 2006 hearing
2 | date, with a new date of Wednesday, May 10, 2006 at 2:30 p.m. for change of plea (or status
3 | hearing if the audio files have not yet been produced or reviewed).
4 |     2.  The parties have also agreed to an exclusion of time under the Speedy Trial Act.
5 | Failure to grant the requested continuance would unreasonably deny defense counsel reasonable
6 | time necessary for effective preparation, taking into account the need for production and review
7 | of the final discovery, as well as the need to finalize the plea agreement.  Failure to grant the
8 | requested continuance would also deny the defendant continuity of counsel.
9 |     2.  Given these circumstances, the Court found that the ends of justice served by
10 | excluding the period from April 26, 2006 to May 10, 2006, outweigh the best interest of the
11 | public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).
12 |     3.  Accordingly, and with the consent of the defendant, the Court ordered that the period
13 | from April 26, 2006 to May 10, 2006, be excluded from Speedy Trial Act calculations under 18
14 | U.S.C. § 3161(h)(8)(A) & (B)(iv).
15 |     5.  The parties will appear at a trial setting or change of plea or status hearing on May 10,
16 | 2006 at 2:30 p.m.
17 |     IT IS SO STIPULATED.

19 | DATED: _____        ____/s/_____
20 |                                     TRACIE L. BROWN
                                         Assistant United States Attorney

22 | DATED: _____        ____/s/_____
23 |                                     RONALD TYLER
                                         Attorney for Carmina Danica Santos

24 |     IT IS SO ORDERED.

26 | DATED: _April 25, 2006_____       _____
27 |                                     THE HON. MAXINE M. CHESNEY
                                         United States District Judge

STIPULATION AND ORDER
CR 05-00657 MMC                           2