IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>CARMINA DANICA SANTOS,<br><br>           Defendant. | )<br>)  No. CR 05-0657 MMC<br>)<br>)<br>)<br>)  STIPULATION AND ORDER<br>)  CONTINUING HEARING<br>)<br>)<br>)<br>) |

STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from July 27, 2006 until October 25, 2006 at 2:30 p.m. The continuance is necessary in order to complete the presentence process. Defense counsel will be out of the country for the most of the month of August. Consequently, defense response to a draft PSR can not occur until September. Assistant United States Attorney Tracie Brown and Probation Officer Cheryl Simone have been contacted and have no objection to continuing the hearing in this matter.

It is so stipulated.

DATED: July 19, 2006            _____/S/_____
                                            RONALD TYLER
                                            Assistant Federal Public Defender
                                            Counsel for Carmina Danica Santos

DATED: July 20, 2006            _____/S/_____
                                            TRACIE BROWN
                                            Assistant United States Attorney

IT IS SO ORDERED.

DATED:  July 21, 2006

                                            _____
                                            HONORABLE MAXINE M. CHESNEY
                                            UNITED STATES DISTRICT COURT JUDGE