# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CARMINA DANICA SANTOS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-05-00657-001 MMC<br>BOP Case Number: DCAN305CR000657-001<br>USM Number:       Unknown<br>Defendant's Attorney :Ronald Tyler, Assistant Federal Public Defender |

**THE DEFENDANT:**

[**x**]   admitted guilt to violation of condition(s) <u>Standard condition, standard condition number nine, special conditions numbers one and five</u>   of the term of supervision.

[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1, 2, 3, and 4 | Defendant shall not commit another federal, state, or local crime | 1/04/2009<br>1/12/2009<br>12/20/2008<br>1/14/2009 |
| 5 | Defendant shall not associate with any persons convicted of a felony | 1/14/2009 |
| 6 | Defendant shall not have any contact with any co-defendant in this case | 1/14/2009 |
| 7 | Defendant shall not unlawfully possess a controlled substance | 1/14/2009 |
| 8 | Defendant shall not possess any false identification and shall provide her true identity at all times. | 1/14/2009 |

AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

      The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x]    The following charges are dismissed upon a motion by U.S. Probation Officer: Nine (9) and Ten (10) and the violations are discharged.

      IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:     4832
Defendant's Date of Birth:     1980
Defendant's USM No.:           Unknown

Defendant's Residence Address:
Unknown

Defendant's Mailing Address:
Unknown

October 27, 2010
Date of Imposition of Judgment

*/s/ Maxine M. Chesney*
Signature of Judicial Officer

Honorable Maxine M. Chesney, U. S. District Judge
Name & Title of Judicial Officer

October 28, 2010
Date

DEFENDANT:     CARMINA DANICA SANTOS                        Judgment - Page 3  of  3
CASE NUMBER:   CR-05-00657-001 MMC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  Twelve (12) months and one (1) day .

Such term to run consecutive with term imposed on state court violations to which the defendant is currently serving a sentence in a state facility.

[ ]     The Court makes the following recommendations to the Bureau of Prisons:


[**x**]   The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]     The defendant shall surrender to the United States Marshal for this district.

  [ ] at ___ [] am [] pm on ___.
  [ ] as notified by the United States Marshal.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before  2:00 pm on ___.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

  The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                             _____
                                             UNITED STATES MARSHAL

                                         By  _____
                                             Deputy United States Marshal